**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kendra Rightsell, | No. CV-19-04713-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Concentric Healthcare Solutions LLC, et al., | |
| Defendants. | |

**IT IS ORDERED** setting Oral Argument on the parties' briefings (Docs. 256, 258, 259) regarding the five issues on which the Ninth Circuit reversed and remanded this case for further consideration of this Court for **October 1, 2025 at 3:30 p.m.** in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.  Each party shall have 10 minutes to argue their position.

Dated this 26th day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge